**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7286

ROOSEVELT ISAAC,

Plaintiff - Appellant,

versus

MICHAEL W. MOORE; WILLIAM D. CATOE; JAMES L.
HARVEY; LAURIE F. BESSINGER; SIMMS HUNTER
RENTZ; JOHN H. BOULWARE; MICHAEL REINER; GAIL
REINERS; DENNIS DAVIS; GAIL FRICKS; BARBARA
SKEEN; J. GLENN ALEWINE; SCDC DIVISION OF
HEALTH SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-98-2826-3-19BC)

Submitted:  November 18, 1999      Decided:  November 24, 1999

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roosevelt Isaac, Appellant Pro Se.  Andrew Frederick Lindemann,
DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina;
James E. Parham, Jr., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roosevelt Isaac appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation to deny § 1983 relief, and the court's order denying the Rule 59(e) motion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Isaac v. Moore</u>, No. CA-98-2826-3-19BC (D.S.C. Sept. 2, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's orders are marked as "filed" on August 20 and August 30, 1999, the district court's records show that they were entered on the docket sheet on September 2, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the orders were entered on the docket sheet that we take as the effective date of the district court's decisions. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).